54 A.3d 12

In re Nomination Papers of Margaret K. ROBERTSON for President of the United States, Erik Viker for Vice President of the United States, Rayburn Douglas Smith for United States Senator of the Commonwealth of Pennsylvania, Marakay Rogers for Attorney General of the Commonwealth of Pennsylvania, Betsy Summers for Auditor General of the Commonwealth of Pennsylvania and Roy Minet for Treasurer of the Commonwealth of Pennsylvania, as Candidates of the Libertarian Party in the General Election of November 6, 2012 Objections of: Damon Kegerise, Anne Layng and Judith Guise.

Petition of Damon Kegerise, Anne Layng and Judith Guise.

No. 147 EM 2012.

Supreme Court of Pennsylvania.

Sept. 25, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of September, 2012, the "Application for Extraordinary Relief (King's Bench Matters) Pursuant to Pa.R.A.P. 3309" is **DISMISSED AS MOOT.** *See* 148 EM 2012 (order dated September 25, 2012).